**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

     v.

**FORIS WALKER,**

     Defendant.

Civil Action No. 7:11-CR-55
(HL)

**ORDER**

The Petition for a Writ of Habeas Corpus *Ad Prosequendum* filed by the United States seeking the production of Foris Walker, B/M, DOB **/**/1980, SSN: ***-**-4501, USMS # 95407-020, having been read and considered, is granted.

The Court orders the Sherriff/Warden of the Tift County LEC in Tift County, Georgia to deliver Foris Walker to the United States Marshal for the Middle District of Georgia, and orders the United States Marshal to produce Foris Walker before the Honorable Court of the United States at Valdosta, Georgia, not later than 9:30 a.m., March 27, 2012. The Marshal, or his lawful deputy, is ordered to return Foris Walker to the custody of the Tift County LEC when his presence in the above-stated case is no longer required.

**SO ORDERED**, this 12th day of March, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr